

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-12-00047-CR
_____


RONNIE RAY DUGAN, Appellant

V.

THE STATE OF TEXAS, Appellee



On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. CR-11-23960



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Ronnie Ray Dugan, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Dugan and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted:     September 6, 2012
Date Decided:       September 7, 2012

Do Not Publish